*11*

United States District Court
Southern District of Texas
ENTERED

FEB 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Gimrock Maritime Co., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-18 |
| | § | |
| LST Suffolk County, in rem, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO VACATE ARREST OF VESSEL

BE IT REMEMBERED, that on February 17, 2000, the Court **ORDERED** the United States Marshal for the Southern District of Texas to release the LST Suffolk County from seizure to the Claimant D & D Steel Company. The Parties have reached a settlement in this case, and according to the terms of the agreement the Marshals fees will be paid by D & D Steel Company.

DONE at Brownsville, Texas, this ___18___ day of February 2000.

Hilda G. Tagle
United States District Judge