14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 07 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Gimrock Maritime Co., | § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-00-18 |
| | § | |
| LST Suffolk County, in rem, et al, | § § | |
| Defendants. | § | |

ORDER OF DISMISSAL

BE IT REMEMBERED, that on March 6, 2000, the Court considered the Plaintiff's Motion for Order of Dismissal filed on March 2, 2000. In its motion, the Plaintiff requested that the Court dismiss the Defendant Transforma Marine Corporation from this action pursuant to Federal Rule of Civil Procedure 41(a). The Court **GRANTS** the Plaintiff's motion and **DISMISSES** the Defendant Transforma from this action without prejudice.

DONE at Brownsville, Texas, this ___6___ day of March 2000.

Hilda G. Tagle
United States District Judge