15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Gimrock Maritime Co., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-18 |
| | § | |
| LST Suffolk County, in rem, et al, | § | |
| | § | |
| Defendants. | § | |

ORDER

BE IT REMEMBERED, that on March 6, 2000, the Court **ORDERED** the Parties to file an agreed judgment by March 13, 2000 at 4:00 p.m. The Parties announced that they had settled this lawsuit at the Court's February 17, 2000 motion hearing, and that they would file an agreed judgment on the following day, February 18, 2000. Despite this representation, the Parties have not filed an agreed judgment to date.

DONE at Brownsville, Texas, this ___6___ day of March 2000.

_____
Hilda G. Tagle
United States District Judge