United States District Court
Southern District of Texas
ENTERED

APR 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GIMROCK MARITIME, INC. | § | |
| | § | |
| Plaintiff, | § | C.A. NO. B-00-018 |
| | § | ADMIRALTY |
| VS. | § | (Subject to Rule 9(h) |
| | § | of the Federal Rules |
| LST SUFFOLK COUNTY, her appurtenances, etc, *in rem* and TRANSFORMA MARINE CORPORATION, *in personam*, | § § § § | of Civil Procedure) |
| | § | |
| Defendants. | § | |

**AGREED JUDGMENT**

WHEREAS, on February 17, 2000, D & D Steel Co., as claimant/owner of the LST SUFFOLK COUNTY, *in rem*, advised the Court in open court that it consented to entry of Judgment against it and in favor of Gimrock Maritime, Inc. in the amount of $53,760.00 plus the costs and expenses of the U.S. Marshal in connection with the seizure of the LST SUFFOLK COUNTY, and

WHEREAS, the U.S. Marshal has advised that the costs and expenses of seizure is at least $5,541.45,

It is ORDERED and ADJUDGED that Plaintiff Gimrock Maritime, Inc. recover from D & D Steel Co., as claimant/owner of the LST SUFFOLK COUNTY, the sum of $59,301.45.

Signed at Brownsville, Texas this 24 day of April, 2000.

_____
United States District Judge

APPROVED AND ENTRY REQUESTED:

_____
Kevin P. Walters
Texas State Bar 20818000
Federal I.D. No. 5649
Georgantas & Walters L.L.P.
Two Houston Center
909 Fannin Street, Suite 560
Houston, Texas  77010
713-655-8585 Telephone
713-655-1444 Fax

ATTORNEYS FOR PLAINTIFF
GIMROCK MARITIME, INC.


_____
Dennis Sanchez
Texas State Bar No. 17569600
Sanchez, Whittington, Janis
  & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
956-546-3731 Telephone
956-546-3765 Fax

ATTORNEYS FOR CLAIMANT,
D & D STEEL CO.

K:\client\99\064\Agreed Judgment.02

2